No. 680.   HALE *v.* KENTUCKY.   January 31, 1938.   Motion for leave to proceed *in forma pauperis* granted.   Petition for writ of certiorari to the Court of Appeals of Kentucky also granted.   *Messrs. Charles H. Houston* and *Leon A. Ransom* for petitioner.   No appearance for respondent.

No. 730.   COSMAN *v.* UNITED STATES.   See *ante,* p. 617.

No. 699.   JOHNSON *v.* ZERBST, WARDEN.   February 14, 1938.   Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted.   *Mr. Elbert P. Tuttle* for petitioner.   *Acting Solicitor General Bell, Assistant Attorney General McMahon,* and *Messrs. William W. Barron, Bates Booth,* and *W. Marvin Smith* for respondent.

No. 667.   UNITED STATES *v.* KAPLAN.   February 14, 1938.   Petition for writ of certiorari to the Court of Claims granted.   MR. JUSTICE REED took no part in the consideration or decision of this application.   *Solicitor General Reed* for the United States.   *Mr. Llewellyn A. Luce* for respondent.

No. 668.   UNITED STATES *v.* SHOSHONE TRIBE OF INDIANS.   February 14, 1938.   Petition for writ of certiorari to the Court of Claims granted.   MR. JUSTICE STONE and MR. JUSTICE REED took no part in the consideration or decision of this application.   *Solicitor General Reed* for the United States.   *Messrs. George M. Tunison, Charles J. Kappler* and *Albert W. Jefferis* for respondent.